# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CURRY ROBINSON** | : CIVIL ACTION |
| v. | : |
| **BARRY SMITH, Superintendent, THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA and DISTRICT ATTORNEY OF PHILADELPHIA COUNTY** | : NO. 17-1023 |

## ORDER

**NOW**, this 10th day of July, 2018, upon consideration of the Petition for Writ of *Habeas Corpus* (Document No. 1-1), the response to the Petition for Writ of *Habeas Corpus*, the Report and Recommendation filed by United States Magistrate Judge Lynne A. Sitarski (Document No. 19), and the petitioner's objections to the Report and Recommendation, and after a thorough and independent review of the record, it is **ORDERED** that:

1. The petitioner's objections are **OVERRULED**;

2. The Report and Recommendation of Magistrate Judge Lynne A. Sitarski is **APPROVED** and **ADOPTED**;[1]

3. The Petition for a Writ of *Habeas Corpus* is **DENIED**; and,

4. There is no probable cause to issue a certificate of appealability.

/s/TIMOTHY J. SAVAGE

---

[1] The Magistrate Judge's recitation of the factual and procedural history is accurate. Her legal analysis is thorough and correct. Therefore, we can add nothing to the well-reasoned and exhaustive report.